IN THE SUPERIOR COURT OF GUAM

THE PEOPLE OF GUAM, )
)
    Plaintiff, )
)
vs. )
)
SICHIRO SEINAR, )
)
    Defendant. )
)

CRIMINAL CASE NO. CF0778-24

DECISION AND ORDER:
ON DEFENDANT'S EX PARTE MOTION
FOR BAIL REDETERMINATION
HEARING

This matter came before MAGISTRATE JUDGE SEAN E. BROWN on January 14, 2025 on a hearing to address Defendant's *Ex Parte* Motion for Bail Redetermination Hearing. Attorney Christian Spotanski represented Defendant. Assistant Attorney General Gloria Rudolph represented the People of Guam. The Court ruled from the bench denying the motion but lowered the required cash bail amount. After having heard the Parties' arguments, considering the Parties' pleadings and the record, the Court now issues the following written Decision and Order documenting the ruling.

## BACKGROUND

Defendant filed the motion on January 6, 2025. The People of Guam then filed an Opposition on January 9, 2025.

## DISCUSSION

### I.    Courts Considerations

The Court considered a request by the Defense for any form of release outside of incarceration.

The Court looks to statutory guidance provided under 8 GCA §§ 40.15 and 40.20 when deciding the issue of release conditions. In consideration of the request, the Court learned that the Victim was very young in age and facts against the Defendant are very strong for trial. The Court also learned that Defendant is facing a range of 5-20 years if convicted.

As a result, the Court will not Grant Defendant's release at this time. At the hearing, the Court indicated that Electronic Monitoring, if approved by probation, would be appropriate for

Defendant's release. The Court would also consider Third Party Custodian (TPC) based release at a residence further away from the Victim. The Court also reduced the amount of cash bail required to $5000 due to the lack of criminal history for the Defendant. The Court would be satisfied with Defendant's ability to return to Court and the Victim's safety if Defendant paid the cash bail or has two third-party custodians.

Defendant shall continue to have no form of contact with the Victim.

## CONCLUSION

The Court, therefore, DENIES Defendant's Motion.

So ORDERED this 15th day of January, 2025.

_____
HONORABLE SEAN E. BROWN
MAGISTRATE JUDGE, SUPERIOR COURT OF GUAM

**SERVICE VIA EMAIL**
I acknowledge that an electronic
copy of the original was e-mailed to:

AG , POSC

Date: 1/5/25 Time: 12:35p

Antonio C Cruz
Deputy Clerk, Superior Court of Guam

*People v. Seinar,*
Decision and Order
Criminal Case No. CF0778-24                    - Page 2 of 2 -